S.D.N.Y. – N.Y.C.
17-cv-6221
Failla, J.
Cave, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of April, two thousand twenty-five.

Present:

> Robert D. Sack,
> Myrna Pérez,
> Sarah A. L. Merriam,
> > *Circuit Judges*.

_____

Merrill Lynch, Pierce, Fenner & Smith
Incorporated, et al.,

> *Petitioners*,

v.                                                         24-3342

Iowa Public Employees' Retirement System, et al., on
behalf of themselves and all others similarly situated,

> *Respondents*.

_____

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting Respondents' motion for class certification. They also seek leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court